**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



RECEIVED
JUN 27 2008
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

---

86 Chambers Street, 3rd Floor
New York, New York 10007

June 27, 2008

**By Hand Delivery**
Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 650
New York, NY 10007-1312

**MEMO ENDORSED**

Re:   United States v. Cambrex Corp. et al., 08 Civ. 5815 (RMB)

Dear Judge Berman:

      This Office represents plaintiff the United States of America (the "Government") in the above-referenced environmental enforcement action against defendants Cambrex Corporation; Nepera, Inc.; Warner-Lambert Company LLC; and Pfizer, Inc. (the "defendants"). Enclosed please find a courtesy copy of a proposed Consent Decree between the United States and the defendants resolving this matter, and a courtesy copy of the Notice of Lodging of the proposed Consent Decree filed with the Clerk of the Court.

      The United States requests that the Court not enter the proposed Consent Decree at this time. The Government will publish the Notice of Lodging in the Federal Register, following which the United States Department of Justice will receive public comments on the proposed Consent Decree for a 30-day period. See 28 C.F.R. § 50.7. At the conclusion of the comment period, the United States will file with the Court any comments received, as well as responses to the comments and, if appropriate, will request that the Court approve and enter the proposed Consent Decree. If you have any questions about this procedure, I can be reached at 212-637-2774.

      Thank you for your consideration of this request.

Respectfully submitted,

CATHY SEIBEL
Acting United States Attorney

By: *[signature]*
SARAH E. LIGHT
Assistant United States Attorney
Tel. (212) 637-2774

*[Handwritten endorsement:]* Status conference on 8/20/08 @ 9:00 AM

**SO ORDERED:**
Date: 7/7/08
*[signature]* Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/7/2008

cc: <u>By First Class Mail w/enclosures</u>
Barbara Wong
Pfizer, Inc.
100 Route 206 North
Peapack, NJ 07977

Matthew D. Garamone, Esq.
Corporate Counsel
EHS Legal
Pfizer Global Environment, Health, and Safety
Legal Division
Pfizer, Inc.
235 East 42nd Street (150/021/75)
New York, NY 10017

Seth Levine
Cambrex Corporation
One Meadowlands Plaza
East Rutherford, NJ 07073

Peter E. Thauer, Esq.
Senior Vice President
General Counsel and Secretary
Cambrex Corporation
One Meadowlands Plaza
East Rutherford, NJ 07073

William Hatfield, Esq.
Day Pitney LLP
P.O. Box 1945
Morristown, NJ 07962-1945